# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### Appeal No. 22-4536

---

### UNITED STATES OF AMERICA

### Plaintiff-Appellee

v.

### RESHOD JAMAR EVERETT

### Defendant-Appellant

---

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE GOVERNMENT'S ANSWERING BRIEF

The government respectfully moves this Court to enter an order for a 32-day[1] extension of time, to and including May 8, 2023, within which to file its answering brief in this case. In accordance with this Court's scheduling order, the government's brief is currently due April 6, 2023. In support of this unopposed motion, the government states the following:

    1.    Following a four-day trial, a jury found Everett guilty of one count of conspiracy to possess with intent to distribute a controlled substance, in violation of

---

[1] Were the government to request an extension of 30 days, the last day would fall on a Saturday, making the brief due on the 32nd day. *See* Fed. R. App. P. 26(a)(1)(C).

18 U.S.C. §§ 841(a)(1) & 846; three counts of possessing a controlled substance with intent to distribute, in violation of 18 U.S.C. § 841(a)(1); and two counts of possessing a firearm in furtherance of a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). Everett was sentenced to a total of 480 months of imprisonment, to be followed by five years of supervised release. JA.1186-87.[2]

2.      On September 19, 2022, Everett filed his notice of appeal. JA.1192. After several extensions, Everett filed his opening brief in this Court on March 16, 2023. This Court's briefing order lists the due date for the government's brief as April 6, 2023.

3.      Responsibility for this appeal has been transferred from the United States Attorney's Office for the Eastern District of North Carolina to the undersigned attorney in the Department of Justice's Criminal Division Appellate Section. Counsel has obtained the district court record and has begun diligently reviewing it and the issues on appeal in order to prepare the government's answering brief. Counsel, however, needs additional time to finish reviewing the record, research the defendant's claims, consult with the attorneys who handled the proceedings before the district court, draft the government's response, and submit it for internal review.

4.      This additional time is necessary, in part, because of undersigned counsel's other work responsibilities. In particular, apart from his work on this brief,

---

[2] Citations to JA.___ are to the joint appendix.

counsel is responsible for preparing the government's answering brief in *United States v. Zheng*, No. 22-5516 (6th Cir.) (due March 31, 2023), presenting oral argument on behalf of the government in *United States v. Buoi*, No. 22-1518 (1st Cir.) (to be argued on April 3, 2023), and preparing the response to the petition for certiorari in *Martin v. United States*, No. 22-6736 (due April 12, 2023).

5. No date for oral argument in this case has been set, and the requested extension for filing the government's answering brief will not affect any oral argument schedule.

6. Everett is incarcerated, serving a 480-month sentence.

7. The undersigned has communicated with defense counsel for Everett, who does not oppose this motion.

Because this motion is made in good faith and not for purposes of delay, the United States respectfully requests that the Court extend the time to file the government's answering brief to and including May 8, 2023.

Respectfully submitted,

/s/Javier A. Sinha
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Suite 1264
Washington, DC 20530
(202) 353-1787
javier.sinha@usdoj.gov

## Certificate of Service

I hereby certify that on March 27, 2023, I electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following:

Paul K. Sun, Jr.
Kelly Margolis Dagger
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
(919) 865-7000
*Counsel for Reshod Jamar Everett*

/s/Javier A. Sinha
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.,
Suite 1264
Washington, DC 20530
(202) 353-1787
javier.sinha@usdoj.gov

## **Certificate of Compliance**

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 795 words.

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (a)(6) because it has been prepared in a proportionally spaced, 14-point font in text and footnotes using Microsoft Word for Office 365.

3. This motion complies with the privacy redaction requirement of Fed. R. App. P. 25(a) because it contains no personal data identifiers.

4. This motion has been scanned for viruses with the most recent version of McAfee Endpoint Security, which is continuously updated, and, according to that program, is free of viruses.

/s/Javier A. Sinha
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.,
Suite 1264
Washington, DC 20530
(202) 353-1787
javier.sinha@usdoj.gov